In the Matter of the Application of the NATIONAL CITY BANK OF NEW YORK to Fix and Determine the Liability of NATIONAL SURETY CORPORATION, as Surety on the Bond of EDILIO PENNA, as Administrator c. t. a. of the Goods, Chattels and Credits Which Were of ETTORE PENNA, Deceased. THE NATIONAL CITY BANK OF NEW YORK, DANTE ANTOLINI and Others, and BANCA COMMERCIALE ITALIANA TRUST COMPANY, Respondents; NATIONAL SURETY CORPORATION, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 719.] The following question is certified: Should paragraph numbered II of the original answer of the National Surety Corporation, verified June 20, 1936, have been struck out? Present — Lazansky, P. J., Hagarty, Adel and Close, JJ.; Carswell, J., not voting.

In the Matter of Supplementary Proceedings: POWELL & TITUS, INC., Appellant, v. ANNA SEGAL, Respondent.— Motion for reargument and for other relief denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

JULIUS KUPFER, Appellant, v. BROOKLYN DAILY EAGLE, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell and Close, JJ.; Adel, J., not voting.

JESSIE C. MATTFELD and Another, Respondents, v. ANNIE M. CAVALLARO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

ABRAHAM MULLER, Respondent, v. EDNA E. ACKERMAN, SADIE A. MOSES, WILLIAM FRIEDMAN, as Administrator with the Will Annexed of RUBY ACKERMAN, etc., Late of the County of Kings, Deceased, and LEOPOLD NEWBORG and FRANK J. C. WEINBERG, Copartners, etc., Appellants.— Motion of appellants Ackerman, Moses and Friedman for reargument denied, with ten dollars costs. Motion for resettlement of order denied. Motion for leave to appeal to the Court of Appeals denied. Motion of appellants Newborg and Weinberg for reargument denied, with ten dollars costs. Motion for resettlement of order denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

NEPONSIT PROPERTY OWNERS ASSOCIATION, INC., Respondent, v. MARJORIE MAYER, Appellant, and MORELAND MORTGAGE COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied. The appellant's time to answer the complaint is extended until five days from the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.